IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NELSON ORELLANA et al.,<br><br>    Defendants. | No. CR-09-00096 JF<br><br>[PROPOSED] ORDER AUTHORIZING TRAVEL |

Good cause appearing, it is hereby ordered that defendant Nelson Orellana may leave Santa Clara County to travel by car to Atherton, in San Mateo County, on Monday, November 23, 2009.

All other conditions of release remain in full force and effect.

Dated: November 19, 2009

PATRICIA V. TRUMBULL
United States Magistrate Judge