BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ORELLANA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-09-00096 JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING |
| vs. | ) | |
| NELSON ORELLANA et al., | ) | |
| Defendants. | ) | |

**STIPULATION**

Nelson Orellana and the government, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Wednesday, December 16, 2009 may be continued to Wednesday, January 6, 2010 at 9:00 a.m.  The reason for the requested continuance is to accommodate a delay in the hearing date on Mr. Orellana's motion for discovery.

Mr. Orellana and the government further stipulate that 21 days may be excluded from the time within which trial shall commence, the grounds for which are the pendency of the discovery motion and the need for effective defense preparation, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(1)(D), (h)(7)(A) and (h)(7)(B)(iv).

Stipulation and [Proposed] Order Continuing
Status Hearing, CR 09-00096 JF                               1

Dated: December 10, 2009

                                              s/_____
                                              GRANT FONDO
                                              Assistant United States Attorney

Dated: December 9, 2009

                                              s/_____
                                              CYNTHIA C. LIE
                                              Assistant Federal Public Defender

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set as to Nelson Orellana for Wednesday, December 16, 2009 shall be continued to Wednesday, January 6, 2010 at 9:00 a.m.

It is further ordered that 35 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, the grounds for which are the pendency of the discovery motion and the need for effective defense preparation, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161 (h)(1)(D), (h)(7)(A) and (h)(7)(B)(iv).

Dated: December 14, 2009

                                              _____
                                              JEREMY FOGEL
                                              United States District Judge