BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ORELLANA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00096 JF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING |
| vs. | |
| NELSON ORELLANA et al., | |
| Defendants. | |

**STIPULATION**

Nelson Orellana and the government, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Wednesday, February 3, 2010 may be continued to Thursday, March 4, 2010 at 9:00 a.m.  The reason for the requested continuance is to accommodate a delay in the scheduling of the parties' jointly requested settlement conference. That settlement conference is now set for February 24, 2010, at 2:00 p.m. before the Honorable Ronald M. Whyte.

Mr. Orellana and the government further stipulate that 29 days may be excluded from the time within which trial shall commence, as the time reasonably necessary for effective preparation, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Stipulation and [Proposed] Order Continuing
Status Hearing, CR 09-00096 JF                                      1

Dated: January 29, 2010

                                                      s/_____
GRANT FONDO
Assistant United States Attorney

Dated: January 29, 2010

                                                      s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

## [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set as to Nelson Orellana for Wednesday, February 3, 2010, shall be continued to Thursday, March 4, 2010 at 9:00 a.m.

It is further ordered that 29 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: February 2, 2010

_____
JEREMY FOGEL
United States District Judge

Stipulation and [Proposed] Order Continuing
Status Hearing, CR 09-00096 JF          2