1  ROBERT W. LYONS (45548)

2  LAW OFFICES OF ROBERT W. LYONS
   295 West Winton Avenue
3  Hayward, California 94544
   Telephone: (510) 782-6161
4  Facsimile: (510) 782-3519

5  Attorney for Defendant
   NELSON ORELLANA
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10

11

12

13  UNITED STATES OF AMERICA,        )   Case No.: CR 09-00096 JF
                                     )
14              Plaintiff,           )   **STIPULATION AND [PROPOSED] ORDER**
                                     )   **TO CONTINUE HEARING ON OBJECTIONS**
15        vs.                        )   **TO MAGISTRSTE JUDGE'S ORDER AND**
                                     )   **TRIAL SETTING**
16  NELSON ORELLANA,                 )
                                     )
17              Defendant.           )
    _____    )

18

19  The parties by and through their counsel of record, hereby stipulate to the following:

20    The parties have jointly agreed that the current hearing date of Thursday, May 13, 2010 be
    continued until Monday, May 27, 2010. The reason for the continuance is that Attorney Robert
21
    Lyons has a calendar conflict and will be in Napa, California in the matter of People v. Michael
22
    Bock on Thursday, May 13, 2010 at 8:30 a.m.
23

24
    Date:  May 11, 2010               /s/ Robert W. Lyons
25                                    ROBERT W. LYONS
                                      Attorney for Cesar Sanchez-Reyes
26

27  Date:  May 11, 2010               /s/ Grant P. Fondo
                                      GRANT P. FONDO
28                                    Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING - 1

## ORDER

It is hereby ordered that the hearing on objections to Magistrate Judge's Order and trial setting currently scheduled for Monday, May 13, 2010 be continued to May 27, 2010 by stipulation of the parties.

Date: 5/12/10

_____
Hon. Jeremy Fogel
United States District Court Judge