1  ROBERT W. LYONS (45548)

2  LAW OFFICES OF ROBERT W. LYONS
   295 West Winton Avenue
3  Hayward, California 94544
   Telephone:  (510) 782-6161
4  Facsimile:  (510) 782-3519

5  Attorney for Defendant
   NELSON ORELLANA
6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10

11

12

13  UNITED STATES OF AMERICA,        )  Case No.: CR 09-00096 JF
                                     )
14          Plaintiff,                )  STIPULATION AND [PROPOSED] ORDER
                                     )  TO CONTINUE HEARING ON OBJECTIONS
15      vs.                          )  TO MAGISTRSTE JUDGE'S ORDER AND
                                     )  TRIAL SETTING
16  NELSON ORELLANA,                 )
                                     )
17          Defendant.                )
    _____)
18

19  The parties by and through their counsel of record, hereby stipulate to the following:

20    The parties have jointly agreed that the current hearing date of Thursday, June 17, 2010 be

21  continued until Thursday, July 22, 2010.  The reason for the continuance is that Attorney Robert

22  Lyons needs additional time for further investigation and research prior to the hearing.

23

24  Date:  June 16, 2010              /s/ Robert W. Lyons
                                      ROBERT W. LYONS
25                                    Attorney for Cesar Sanchez-Reyes

26  Date:  June 16, 2010              /s/ Grant P. Fondo
                                      GRANT P. FONDO
27                                    Assistant United States Attorney

28

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING - 1

**ORDER**

It is hereby ordered that the hearing on objections to Magistrate Judge's Order and trial setting currently scheduled for June 17, 2010 be continued to July 22, 2010 by stipulation of the parties.

Date: 7/10/10

_____
Hon. Jeremy Fogel
United States District Court Judge