1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GRANT P. FONDO (CABN 181530)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5035
7     FAX: (408) 535-5066

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,         )   No. CR 09-00096 JF
14                                   )
         Plaintiff,                  )   STIPULATION AND [PROPOSED]
15    v.                             )   ORDERS CHANGING HEARING FOR
                                     )   FROM OCTOBER 14, 2010, AT 9:00 A.M.
16 NELSON ORELLANA,                  )   TO DECEMBER 2, 2010, AT 9:00 A.M;
                                     )   EXCLUDING TIME FROM OCTOBER 14,
17       Defendant.                  )   2010, TO DECEMBER 2, 2010
                                     )
18 _____)

19     The parties currently have scheduled before the court a hearing on the government's

20 Objections to Magistrate Judge's Order, Motions, and a Further Status Review, for October 14,

21 2010, at 9:00 a.m. The parties are continuing plea discussions. Therefore, the parties would like

22 to further postpone consideration of the government's Objections to Magistrate Judge's Order

23 (relating to a discovery dispute), and reschedule it to December 2, 2010. Therefore, the parties

24 request that the parties' October 14, 2010, hearing be rescheduled to December 2, 2010, at 9:00

25 a.m., and that time be excluded under the Speedy Trial Act between October 14, 2010, and

26 December 2, 2010, to permit the parties the reasonable time necessary for effective preparation.

27

28
   *US v. Orellana*, CR 09-00096 JF
   Stipulation and [Proposed] Order re Hearing

| | | |
|---|---|---|
| 1 | DATED: October 7, 2010 | MELINDA HAAG<br>United States Attorney |
| 2 | | |
| 3 | | |
| 4 | | /s/ GRANT P. FONDO<br>Assistant United States Attorney |
| 5 | | |
| 6 | | /s/ ROBERT LYONS |
| 7 | | ROBERT LYONS<br>Counsel for Defendant |
| 8 | | |
| 9 | /// | |
| 10 | /// | |
| 11 | /// | |
| 12 | /// | |
| 13 | /// | |
| 14 | /// | |
| 15 | /// | |
| 16 | /// | |
| 17 | /// | |
| 18 | /// | |
| 19 | /// | |
| 20 | /// | |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | | |

US v. Orellana, CR 09-00096 JF
Stipulation and [Proposed] Order re Hearing


## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the hearing on the government's Objections to Magistrate Judge's Order, Motions, and a Further Status Review, be rescheduled from October 14, 2010, at 9:00 a.m. to December 2, 2010, at 9:00 a.m.

For good cause shown, the Court further finds that failing to exclude the time between October 14, 2010, and December 2, 2010, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 14, 2010, and December 2, 2010, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between September 29, 2010, and October 20, 2010, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 10/13/10

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

US v. Orellana, CR 09-00096 JF
Stipulation and [Proposed] Order re Hearing