1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
4  GRANT P. FONDO (CABN 181530)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5035
7      FAX: (408) 535-5066

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 09-00096 JF
14                                  )
            Plaintiff,               )  STIPULATION AND [PROPOSED]
15      v.                          )   ORDERS CHANGING HEARING FROM
                                    )   DECEMBER 2, 2011, AT 9:00 A.M TO
16 NELSON ORELLANA,                 )   MARCH 3, 2011; CHANGING TRIAL
                                    )   DATE TO APRIL 11, 2011; AND
17          Defendant.               )  EXCLUDING TIME FROM DECEMBER
                                    )   2, 2011 THROUGH APRIL 15, 2011
18 _____ )

19
        The parties had scheduled before the court a hearing on the government's Objections to
20
   Magistrate Judge's Order, Motions, and a Further Status Review, for December 2, 2010, at 9:00
21
   a.m., as well as scheduled a January 7, 2011, pretrial conference and a January 14, 2011, trial
22
   date. The parties are continuing plea discussions. Therefore, the parties would like to: (1)
23
   further postpone consideration of the government's Objections to Magistrate Judge's Order
24
   (relating to a discovery dispute), and reschedule it and a Further Status Review to March 3, 2011;
25
   (2) reschedule the parties' pre-trial conference to April 8, 2011, and the parties' trial date to April
26
   15, 2011; (3) and that time be excluded under the Speedy Trial Act between December 2, 2010,
27
28
   *US v. Orellana*, CR 09-00096 JF
   Stipulation and [Proposed] Order re Hearing

1  and April 15, 2011, to permit the parties to continue plea discussions and for reasonable time
2  necessary for effective preparation.
3
4  DATED: December 17, 2010                MELINDA HAAG
                                            United States Attorney
5
6
                                            _____/S_____
7                                           GRANT P. FONDO
                                            Assistant United States Attorney
8
9                                           _____/S/_____
                                            ROBERT LYONS
10                                          Counsel for Defendant
11
12  ///
13  ////
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

*US v.Orellana*, CR 09-00096 JF
Stipulation and [Proposed] Order re Hearing

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the hearing on the government's Objections to Magistrate Judge's Order, Motions, and a Further Status Review, be rescheduled from December 2, 2010, at 9:00 a.m. to March 3, 2011, at 9:00 a.m.

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY FURTHER ORDERED THAT the hearing on the parties pretrial conference be rescheduled to April 8, 2011, at ~~9:00 a.m.~~ 11:00 a.m. and that the parties' trial date be rescheduled to April 15, 2011, at ~~9:00 a.m.~~ 1:30 p.m.

For good cause shown, the Court further finds that failing to exclude the time from December 2, 2011, through April 15, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 2, 2010, through April 15, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time from December 2, 2010, through April 15, 2011, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 1/3/11
 nunc pro tunc to 12/2/10

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

*US v. Orellana*, CR 09-00096 JF
Stipulation and [Proposed] Order re Hearing