MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 1506301)
Acting Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 09-00096 JF |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDERS SETTING CHANGE OF PLEA HEARING FOR MARCH 31, 2011, CHANGING HEARING FROM MARCH 10, 2011, TO APRIL 14, 2011; TAKING PRE-TRIAL AND TRIAL DATE OF OFF CALENDAR |
| NELSON ORELLANA, ) | |
|     Defendant. ) | |

    The parties had scheduled before the court a hearing on the government's Objections to Magistrate Judge's Order, Motions, and a Further Status Review, for March 10, 2011, as well as an April 8, 2011, pre-trial conference and April 15, 2011, trial date.  The parties believe they have reached a resolution of this matter, but need additional time to draft the plea agreement and finalize the terms.  Therefore, the parties would like to: (1)  further postpone the March 10, 2011, hearing on government's Objections to Magistrate Judge's Order (relating to a discovery dispute) to April 14, 2011, with the expectation that the hearing will not be necessary; (2) take off calendar the parties' pre-trial conference date of April 8, 2011, and the parties' trial date of

*US v.Orellana,* CR 09-00096 JF
Stipulation and [Proposed] Order re Hearing

1  April 15, 2011; (3) and schedule a hearing for an expected change of plea for March 31, 2011, at
2  9:00 a.m.
3
4  DATED: March 16, 2011                    MELINDA HAAG
                                             United States Attorney
5
6
7                                            _____/S_____
                                             GRANT P. FONDO
                                             Assistant United States Attorney
8
9                                            _____/S/_____
                                             ROBERT LYONS
10                                           Counsel for Defendant
11
12 ///
13 ////
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

*US v. Orellana,* CR 09-00096 JF
Stipulation and [Proposed] Order re Hearing

**<u>ORDER</u>**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the hearing on the government's Objections to Magistrate Judge's Order, Motions, scheduled for March 10, 2011, at 9:00 a.m., be rescheduled for April 14, 2011, at 9:00 a.m.

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY FURTHER ORDERED THAT the hearing on the parties pretrial conference, scheduled for April 8, 2011, and the parties' trial date of April 15, 2011, be taken off calendar, and that a change of plea/trial setting hearing be scheduled for March 31, 2011, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 3/23/11

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE