MELINDA HAAG (CABN 132612)
United States Attorney

**E-Filed 4/6/2011**

MIRANDA KANE (CABN 1506301)
Acting Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>　　v. )<br>NELSON ORELLANA, )<br>　　　　Defendant. )<br>_____ ) | No.  CR 09-00096 JF<br><br>STIPULATION AND [PROPOSED]<br>ORDERS CHANGING PLEA HEARING<br>FROM APRIL 7, 2011, TO APRIL 21,<br>2001; DISCOVERY HEARING FROM<br>APRIL 14, 2011, TO MAY 5, 2011; AND<br>EXCLUDING TIME FROM APRIL 15,<br>2011, THROUGH APRIL 21, 2011 |

    The parties had scheduled before the court a change of plea hearing scheduled for April 7, 2011, and a hearing on the government's Objections to Magistrate Judge's Order, Motions, and a Further Status Review, for April 14, 2011.  The parties believe they have reached a resolution of this matter, but need additional time to draft the plea agreement and finalize the terms. Therefore, the parties would like to: (1)  further postpone the April 14, 2011, hearing on government's Objections to Magistrate Judge's Order (relating to a discovery dispute) to May 5, 2011, with the expectation that the hearing will not be necessary; (2) and schedule a hearing for an expected change of plea for April 21, , 2011, at 9:00 a.m.; and (3) that time be excluded under

1  the Speedy Trial Act between April 15, 2011, and April 21, 2011, to permit the parties to

2  continue plea discussions and for reasonable time necessary for effective preparation.

3

4  DATED: April 5, 2011                          MELINDA HAAG
                                                 United States Attorney
5

6

7                                                _____/S_____
                                                 GRANT P. FONDO
8                                                Assistant United States Attorney

9                                                _____/S/_____
                                                 ROBERT LYONS
10                                               Counsel for Defendant

11  ///

12  ///

13  ////

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

*US v. Orellana*, CR 09-00096 JF
Stipulation and [Proposed] Order re Hearing

## ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the change of plea hearing scheduled for April 7, 2011, at 9:00 a.m. be rescheduled for April 21, 2011.

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY FURTHER ORDERED THAT the hearing on the government's Objections to Magistrate Judge's Order, Motions, scheduled for April 14, 2011, at 9:00 a.m., be rescheduled for May 5, 2011, at 9:00 a.m.

For good cause shown, the Court further finds that failing to exclude the time from April 15, 2011, through April 21, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 15, 2011, through April 21, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time from April 15, 2011, through April 21, 2011, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  4/6/2011

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

*US v. Orellana*, CR 09-00096 JF
Stipulation and [Proposed] Order re Hearing