MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 1506301)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
JEFFREY NEDROW (CABN 161299)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: grant.fondo@usdoj.gov
            jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00096 ~~JF~~ LHK |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRE-TRIAL SCHEDULE |
| v. | |
| NELSON ORELLANA, | Pre-Trial Conference: January 11, 2012 |
| Defendant. | Trial: January 23, 2011 |

     The parties, the United States of America, by and through Assistant United States Attorney Grant Fondo, and defendant Nelson Orellana, through his attorney Phil Vaughns, respectfully submit the following proposed pre-trial filing deadlines:

1. December 15, 2011

    a.    Motions in limine

    b.    Joint Pre-Trial Conference Statement and Order

    c.    Trial briefs (if any)

*US v. Orellana*, CR 09-00096 JF
Stipulation and [~~Proposed~~] Order re PTC Dates

2. December 22, 2011
    a. Oppositions, if any, to motions in limine
    b. Proposed jury instructions
    c. Proposed voir dire questions
    d. Proposed written jury questionnaire (if any)
    e. Proposed verdict form
3. January 5, 2012
    a. Exchange of exhibits, summaries, charts, and diagrams to be used at trial
    b. Exhibit list
    c. Witness list
4. January 16, 2012
    a. Each party shall deliver three sets of its pre-marked exhibits contained in three ring binders, to Martha Parker Brown, Courtroom Deputy to Judge Koh.

DATED: October 13, 2011

MELINDA HAAG
United States Attorney

_____/S_____
GRANT P. FONDO
Assistant United States Attorney

_____/S/_____
PHIL VAUGHNS
Counsel for Nelson Orellana

///
///
////
///
///
///

US v. Orellana, CR 09-00096 JF
Stipulation and [Proposed] Order re PTC Dates

2

## ORDER

Based upon the request of the parties, and for good cause shown, the Court adopts the above pre-trial filing schedule.

IT IS SO ORDERED.

DATED: 10/14/11

*(signed)* Lucy H. Koh
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

US v. Orellana, CR 09-00096 JF
Stipulation and [Proposed] Order re PTC Dates