1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GRANT P. FONDO (CABN 181530)
   JEFFREY D. NEDROW (CABN 161299)
5  Assistant United States Attorneys

6     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
7     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
8     E-Mail: grant.fondo@usdoj.gov
              jeff.nedrow@usdoj.gov
9
   Attorneys for Plaintiff
10

11
                           UNITED STATES DISTRICT COURT
12
                          NORTHERN DISTRICT OF CALIFORNIA
13
                                   SAN JOSE DIVISION
14

15 | UNITED STATES OF AMERICA,           )  No. CR 09-0096-01 LHK
                                         )
16 |     Plaintiff,                      )  **STIPULATED PROTECTIVE ORDER**
                                         )
17 |     v.                              )
                                         )  Pre-Trial Hearing: February 29, 2012
18 | NELSON ORELLANA,                    )  Time:              10:00 a.m.
                                         )  Trial Date:        March 9, 2012
19 |     Defendant.                      )
                                         )
20 |                                     )
                                         )
21

22
        WHEREAS in the above-captioned criminal case, pursuant to the order of the Court, the
23
   United States has produced records pursuant to *Giglio v. United States*, 405 U.S. 150 (1972) and
24
   *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991) ("*Henthorn* Records") regarding an
25
   employee of the Drug Enforcement Administration.
26

27

28

   U.S. V. ORELLANA PROT. ORDER
   CR 09-0096-01 LHK

IT IS HEREBY STIPULATED AND AGREED by and between the United States and defendant and his counsel, that the following will govern the handling of the *Henthorn* Records.

1. The United States and defendant agree that said material shall be kept confidential by defendant, and shall not be publically filed or otherwise made available to the public, nor shall it be shared with anyone other than defendant, and his counsel and staff supporting counsel in the above-captioned case, and the Court and its personnel.  In the event that defendant or his counsel wishes to use or refer to any information contained in the *Henthorn* Records, it shall be filed under seal pursuant to local rules and statutory requirements.

2. The recipient of any *Henthorn* Records provided under this Stipulated Protective Order shall keep such information in a manner reasonably intended to preserve and maintain the confidentiality of the information and shall not disclose such information to any individuals except as authorized by this Stipulated Protective Order.

3. Within 30 days of the later of the expiration of the deadline to file an appeal or the exhaustion of an appeal, defendant and his counsel agree to destroy any and all copies of the *Henthorn* Records.

4. Nothing herein shall prevent a defendant from using the *Henthorn* Records or from referring to, quoting, or reciting from any information contained in the *Henthorn* Records in connection with pleadings or motions filed in this case, at trial, or at sentencing, provided that such materials be filed under seal and/or submitted to the Court for *in camera* inspection prior to public disclosure.

///
///
///
///
///
///
///

U.S. V. ORELLANA PROT. ORDER
CR 09-0096-01 LHK

5. Nothing in this order shall preclude the United States or defendant from applying to the Court for relief or modification of this Stipulated Protective Order.

DATED: March 1, 2012

Respectfully submitted,
MELINDA HAAG
United States Attorney

/S/
_____
GRANT P. FONDO
JEFFREY D. NEDROW
Assistant United States Attorneys

DATED: March 1, 2012

/S/
_____
JAMES PHILLIP VAUGHNS
Attorney for defendant

**IT IS SO ORDERED.**

DATED:  March 2, 2012

*Lucy H. Koh*
_____
HONORABLE LUCY H. KOH
United States District Judge

U.S. V. ORELLANA PROT. ORDER
CR 09-0096-01 LHK

3