MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorneys

   United States Attorney's Office
   150 Almaden, Suite 900
   San Jose, CA 95113
   Telephone: (408)-535-5084
   Facsimile: (408) 535-5066
   E-Mail: grant.fondo@usdoj.gov
         jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No.: 09-00096-LHK |
| Plaintiff, | STIPULATION #1–DMV RECORDS |
| v. | |
| NELSON ORELLANA, | |
| Defendant. | |

     The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, Grant P. Fondo and Jeffrey D. Nedrow, Assistant United States Attorneys, and Nelson Orellana, by and through his attorney Phil Vaughns, hereby agree and stipulate to the following:

     1.    Exhibit 18 is a certified record from the California Department of Vehicles which shows that, from at least April 30, 2008 through April 30, 2009, the 1996 white Ford pickup truck with California License Number 8D84227 was registered in the name of Nelson Orellana, and the address of the registrant was 734 Georgia Avenue, Sunnyvale, CA 94085.

     2.    Exhibit 31 is a certified record from the California Department of Vehicles which shows that, from at least August 15, 2008 to August 26, 2009, the 2005 white Toyota pickup truck with California License Number 7S62115 was registered in the name of JP Whitney

Construction, Inc., and the address of the registrant was 375 Saratoga Avenue Suite A, San Jose, CA 95129.

    2.    Exhibits 18 and 31 are public records, pursuant to Federal Rules of Evidence 803(8), and as such, the defendant does not object to its admission as evidence in this trial.

    3.    The defendant agrees that this stipulation may be read to the jury.

March 7, 2012                                    Respectfully Submitted,

MELINDA HAAG
United States Attorney

_____/s/_____        _____/s/_____
PHIL VAUGHNS                              GRANT P. FONDO
Attorney for Mauricio Aguilera          JEFFREY D. NEDROW
                                                  Assistant United States Attorneys

IT IS SO ORDERED:

*Lucy H. Koh*
_____
HON. LUCY H. KOH
United States District Judge