```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  GRANT P. FONDO (CABN 181530)
    JEFFREY D. NEDROW (CABN 161299)
 5  Assistant United States Attorneys

 6     United States Attorney's Office
       150 Almaden, Suite 900
 7     San Jose, CA 95113
       Telephone:  (408)-535-5084
 8     Facsimile: (408) 535-5066
       E-Mail: grant.fondo@usdoj.gov
 9             jeff.nedrow@usdoj.gov

10  Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No.: 09-00096-LHK |
|---|---|---|
| Plaintiff, | ) | STIPULATION #5–TELEPHONES AND TELEPHONE RECORDS |
| v. | ) | |
| NELSON ORELLANA, | ) | |
| Defendant. | ) | |

The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, Grant P. Fondo and Jeffrey D. Nedrow, Assistant United States Attorneys, and Nelson Orellana, by and through his attorney Phil Vaughns, hereby agree and stipulate to the following:

1. Exhibit 20 contains the A T & T telephone records showing that telephone number 650-224-5647 (which was also assigned IMSI number 310410176270085) was a cellular telephone subscribed to in the name of Nelson Orellana, at 734 Georiga Ave., Sunnyvale, CA 94085.

2. Exhibit 19 is Nelson Orellana's Sony Ericcson cellular phone with the telephone number 650-224-5647.

3. Exhibit 30 contains the telephone company subscriber records showing that

telephone number (408) 489-8767 was a cellular telephone subscribed to in the name of JP Whitney Construction, Inc., 375 Saratoga Avenue Suite A, San Jose, CA 95129.

4. Exhibit 29 is Mario Martinez's Verizon Motorola Razor cellular phone with the telephone number (408) 489-8767.

5. Exhibit 33 is Teodoro Landa's Metro PCS cellular phone with the telephone number (650) 630-2353.

6. Exhibit 37 is Baldemar Landa's Metro PCS Nokia cellular phone with the telephone number (650) 271-5726.

7. The documents in Exhibits 20 and 30 are business records, pursuant to Federal Rules of Evidence 803(6), and as such, the defendant does not object to their admission as evidence in this trial.

8. The defendant agrees that this stipulation may be read to the jury.

March 7, 2012                                       Respectfully Submitted,

                                                    MELINDA HAAG
                                                    United States Attorney


      /s/                                                  /s/
PHIL VAUGHNS                                        GRANT P. FONDO
Attorney for Nelson Orellana                        JEFFREY D. NEDROW
                                                    Assistant United States Attorneys



IT IS SO ORDERED:

_____
HON. LUCY H. KOH
United States District Judge