MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorneys

   United States Attorney's Office
   150 Almaden, Suite 900
   San Jose, CA 95113
   Telephone: (408)-535-5084
   Facsimile: (408) 535-5066
   E-Mail: grant.fondo@usdoj.gov
         jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )  <br>                              )  <br>      Plaintiff,    )  <br>                              )  <br>      v.            )  <br>                              )  <br>NELSON ORELLANA,              )  <br>                              )  <br>      Defendant.    )  <br>_____) | CR No.: 09-00096-LHK <br><br> STIPULATION #6–FINGERPRINTS |

      The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, Grant P. Fondo and Jeffrey D. Nedrow, Assistant United States Attorneys, and Nelson Orellana, by and through his attorney Phil Vaughns, hereby agree and stipulate to the following:

      1.    The packaging for Exhibit 1, the brick of cocaine taken from a black Honda, CA license plate #4VRT487, in the Lowe's hardware store parking at 881 East Arques Avenue, Sunnyvale, California on January 13, 2009, was submitted to the DEA Western Laboratory for fingerprint analysis.

      2.    Identifiable fingerprints were developed on a large ziplock bag and a small ziplock bag.

      3.    The fingerprint identified on the large ziplock bag was identified as matching a

1  known fingerprint of Baldemar Landa.

2      4.    The fingerprint identified on the small ziplock bag was not identified as matching
3  any known fingerprint.

4      5.    The defendant agrees that this stipulation may be read to the jury.

5  March 7, 2012                             Respectfully Submitted,

                                            MELINDA HAAG
                                            United States Attorney

_____/s/_____       _____/s/_____
PHIL VAUGHNS                             GRANT P. FONDO
Attorney for Nelson Orellana           JEFFREY D. NEDROW
                                            Assistant United States Attorneys

IT IS SO ORDERED:

*Lucy H. Koh*
_____
HON. LUCY H. KOH
United States District Judge