MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorneys

   United States Attorney's Office
   150 Almaden, Suite 900
   San Jose, CA 95113
   Telephone: (408)-535-5084
   Facsimile: (408) 535-5066
   E-Mail: grant.fondo@usdoj.gov
          jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 09-00096-LHK |
| Plaintiff, ) | STIPULATION #8-- |
| ) | TELEPHONE DATA |
| v. ) | |
| NELSON ORELLANA, ) | |
| Defendant. ) | |

      The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, Grant P. Fondo and Jeffrey D. Nedrow, Assistant United States Attorneys, and Nelson Orellana, by and through his attorney Phil Vaughns, hereby agree and stipulate to the following:

      1.     Exhibit 79 is a report reflecting electronica data downloaded from the Verizon Motorola cellular telephone assigned to number (408) 489-8767 on October 6, 2011 pursuant to a federal search warrant. This telephone had been previously seized from Mario Martinez on January 13, 2009.

      2.     Exhibit 22 is a report reflecting electronica data downloaded from the Sony Ericsson cellular telephone assigned to number (650) 224-5647 on October 6, 2011 pursuant to a federal search warrant. This telephone had been previously seized from Nelson Orellana on

1  January 13, 2009.

2      3.    The parties agree that the records described in paragraphs 1 through 2 above are
3  accurate and admissible.

4      4.    The defendant agrees that this stipulation may be read to the jury.

5  March 7, 2012                       Respectfully Submitted,

                                                           MELINDA HAAG
                                                           United States Attorney

        /s/                                                         /s/
PHIL VAUGHNS                             GRANT P. FONDO
Attorney for Nelson Orellana            JEFFREY D. NEDROW
                                                           Assistant United States Attorneys

IT IS SO ORDERED:

_____
HON. LUCY H. KOH
United States District Judge