MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorneys

   United States Attorney's Office
   150 Almaden, Suite 900
   San Jose, CA 95113
   Telephone: (408)-535-5084
   Facsimile: (408) 535-5066
   E-Mail: grant.fondo@usdoj.gov
          jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>      v. )<br>NELSON ORELLANA, )<br>      Defendant. )<br>_____ ) | CR No.: 09-00096-LHK<br><br>STIPULATION #9--<br><u>PLEA AGREEMENTS</u> |

     The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, Grant P. Fondo and Jeffrey D. Nedrow, Assistant United States Attorneys, and Nelson Orellana, by and through his attorney Phil Vaughns, hereby agree and stipulate to the following:

     1.    Exhibit 32 is a true and accurate copy of the filed plea agreement of Mario Martinez.

     2.    Exhibit 35 is a true and accurate copy of the filed plea agreement of Teodoro Landa.

     3.    The parties agree that Exhibits 32 and 35 are accurate and admissible copies of court records in this case.

1    4.   The defendant agrees that this stipulation may be read to the jury.

2   March 7, 2012                              Respectfully Submitted,

                                               MELINDA HAAG
                                               United States Attorney


          _____/s/_____                    _____/s/_____
          PHIL VAUGHNS                         GRANT P. FONDO
          Attorney for Nelson Orellana         JEFFREY D. NEDROW
                                               Assistant United States Attorneys




IT IS SO ORDERED:

_____
HON. LUCY H. KOH
United States District Judge