1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division

4   GRANT P. FONDO (CABN 181530)
    JEFFREY D. NEDROW (CABN 161299)

5   Assistant United States Attorneys

6    United States Attorney's Office
     150 Almaden, Suite 900

7    San Jose, CA 95113
     Telephone:  (408)-535-5084

8    Facsimile: (408) 535-5066
     E-Mail: grant.fondo@usdoj.gov

9           jeff.nedrow@usdoj.gov

10   Attorneys for Plaintiff

11

12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

13

14   UNITED STATES OF AMERICA,      )    CR No.: 09-00096-LHK
                                     )

15             Plaintiff,          )    STIPULATION #7--
                                       )    OTHER DOCUMENTS AND ITEMS

16          v.                   )
                                       )

17   NELSON ORELLANA,              )
                                       )

18          Defendant.         )
                                       )

19       The United States of America, by and through Melinda Haag, United States Attorney for

20   the Northern District of California, Grant P. Fondo and Jeffrey D. Nedrow, Assistant United

21   States Attorneys, and Nelson Orellana, by and through his attorney Phil Vaughns, hereby agree

22   and stipulate to the following:

23       1.     Exhibit of a copy of a Walmart receipt, dated November 28, 2008, found on

24   Nelson Orellana on January 13, 2009.

25       2.     Exhibit 24 is a copy of a Walmart receipt, dated November 28, 2008.

26       3.     Exhibits 23 and 24 are business records, pursuant to Federal Rules of Evidence

27   803(6) and, as such, the defendant does not object to their admission as evidence in this trial.

28       4.     Exhibit 25 is a notice of violation document found in the possession of Nelson

Orellana on January 13, 2009.  The defendant does not object to its admission.

    5.    Exhibit 81 is a Wells Fargo Visa card found in the possession of Nelson Orellana on January 13, 2009.  The defendant does not object to its admission.

    6.    Exhibit 26 is Nelson Orellana's California Driver's License, which was found in the possession of Nelson Orellana on January 13, 2009.  The defendant does not object to its admission.

    7.    Exhibit 28 is a Wells Fargo Bank Statement for Account # 599-3117349, an account with a listed account holder of Nelson O. Orellana.

    8.    Exhibit 28 is a business record pursuant to Federal Rules of Evidence 803(6) and, as such, the defendant does not object to its admission as evidence in this trial.

    9.    The defendant agrees that this stipulation may be read to the jury.

DATED:                                    Respectfully Submitted,


                                          MELINDA HAAG
                                          United States Attorney


    /s                                        /s
_____          _____
PHIL VAUGHNS                     GRANT P. FONDO
Attorney for Nelson Orellana     JEFFREY D. NEDROW
                                 Assistant United States Attorneys



IT IS SO ORDERED:

_____
HON. LUCY H. KOH
United States District Judge