1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division

4   GRANT P. FONDO (CABN 181530)
    Assistant United States Attorney

5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5035
7      FAX: (408) 535-5066

8   Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13
    UNITED STATES OF AMERICA,          )     No.  CR 09-00096 LHK
14                                     )
            Plaintiff,                 )     STIPULATION AND [PROPOSED]
15      v.                             )     ORDER RESCHEDULING
                                       )     SENTENCING HEARING FOR NELSON
16  NELSON ORELLANA,                   )     ORELLANA TO AUGUST 1, 2012
                                       )
17          Defendant.                 )
                                       )
18

19      The United States and defendant Nelson Orellana's respectfully request that defendant's

20  sentencing hearing be rescheduled to August 1, 2012, to permit additional time for defendant's

21  interview with Probation.   The Probation Officer is available on that date.

22  DATED: May 31, 2012            MELINDA HAAG
                                   United States Attorney
23
                                        /S/
24

25                                 _____
                                   GRANT P. FONDO
                                   Assistant United States Attorney
26
                                        /S/
27

28                                 _____
                                   JAMES PHILLIP VAUGHNS
                                   Counsel for Defendant

    *US v.Orellana,* CR 09-00096 LHK
    Stipulation and [Proposed] Order re Sentencing,

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

     Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

ORDERS that sentencing status hearing as to Nelson Orellana is rescheduled to August 1, 2012,

at 9:00 a.m.

IT IS SO ORDERED.

DATED:    5/31/12



LUCY H. KOH
UNITED STATES DISTRICT JUDGE

*US v. Orellana,* CR 09-00096 LHK
Stipulation and [~~Proposed~~] Order re Sentencing,