1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GRANT P. FONDO (CABN 181530)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5035
7      FAX: (408) 535-5066

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,          )   No.  CR 09-00096 LHK
14                                     )
            Plaintiff,                 )   STIPULATION AND [PROPOSED]
15      v.                             )   ORDER RESCHEDULING
                                       )   SENTENCING HEARING FOR NELSON
16 NELSON ORELLANA,                    )   ORELLANA TO OCTOBER 31, 2012
                                       )
17          Defendant.                 )
                                       )
18 _____)

19         The United States and defendant Nelson Orellana's respectfully request that defendant's

20 sentencing hearing be rescheduled from September 26, 2012, to October 31, 2012.  Due to

21 Probation needing additional time and the schedule of defense counsel, the parties' request

22 defendant's sentencing be rescheduled to October 31, 2012, or another date convenient for the

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

*US v.Orellana,* CR 09-00096 LHK
Stipulation and [Proposed] Order re Sentencing

Court.  The Probation Officer is available on October 31, 2012.

DATED: September 5, 2012                MELINDA HAAG
                                        United States Attorney


                                        _____/S/_____
                                        GRANT P. FONDO
                                        Assistant United States Attorney


                                        _____/S/_____
                                        JAMES PHILLIP VAUGHNS
                                        Counsel for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that sentencing hearing as to Nelson Orellana is rescheduled to October 31, 2012, at 9:00 a.m.

IT IS SO ORDERED.

DATED:        9/6/12                     _____
                                        LUCY H. KOH
                                        UNITED STATES DISTRICT JUDGE

2

*US v.Orellana,* CR 09-00096 LHK
Stipulation and [~~Proposed~~] Order re Sentencing