MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00096 LHK |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] |
|   v. ) | ORDER RESCHEDULING |
| ) | SENTENCING HEARING FOR NELSON |
| NELSON ORELLANA, ) | ORELLANA TO NOVEMBER 28, 2012 |
|    Defendant. ) | |

     The United States and defendant Nelson Orellana respectfully request that defendant's sentencing hearing be rescheduled from October 31, 2012, to November 28, 2012 (or other date convenient to the Court), to permit Probation additional time to finalize the presentence report.

///

///

///

///

///

///

///

*US v.Orellana,* CR 09-00096 LHK
Stipulation and [Proposed] Order re Sentencing

1 The Probation Officer is available on that date.

2

3 DATED: October 26, 2012                MELINDA HAAG
                                         United States Attorney
4
                                              /S/
5
                                         _____
6                                        GRANT P. FONDO
                                         Assistant United States Attorney
7

8
                                              /S/
9                                        _____
                                         JAMES PHILLIP VAUGHNS
10                                       Counsel for Defendant

11
                            **ORDER**
12
     Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
13
ORDERS that the sentencing hearing as to Nelson Orellana is rescheduled to November 28,
14
2012, at 9:00 a.m.
15

16
IT IS SO ORDERED.
17
DATED:   10/29/12                        _____
18                                       LUCY H. KOH
                                         UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

*US v. Orellana,* CR 09-00096 LHK
Stipulation and [Proposed] Order re Sentencing