MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00096 LHK |
| )  Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING SENTENCING HEARING FOR NELSON ORELLANA TO DECEMBER 12, 2012 |
| v. ) | |
| NELSON ORELLANA, ) | |
| )  Defendant. ) | |

    The United States and defendant Nelson Orellana respectfully request that defendant's sentencing hearing be rescheduled from November 28, 2012, to December 12, 2012, (or other date convenient to the Court), to permit Probation additional time to finalize the presentence report.

///
///
///
///
///
///

*US v. Orellana,* CR 09-00096 LHK
Stipulation and [~~Proposed~~] Order re Sentencing

The Probation Officer is available on that date.

DATED: November 19, 2012        MELINDA HAAG
United States Attorney

/S/
_____
GRANT P. FONDO
Assistant United States Attorney


/S/
_____
JAMES PHILLIP VAUGHNS
Counsel for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the sentencing hearing as to Nelson Orellana is rescheduled to December 12, at 9:00 a.m.

IT IS SO ORDERED.

DATED:   11/19/12

*Lucy H. Koh*
_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

*US v. Orellana,* CR 09-00096 LHK
Stipulation and [Proposed] Order re Sentencing